# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2003

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. App. §§101-111)

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| STAPLETON, WALTER K. | U.S. COURT OF APPEALS FOR THE THIRD CIRCUIT | 5/15/04 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior United States Circuit Judge | ___ Nomination, Date ___ <br> ___ Initial  _X_ Annual  ___ Final | 1/1/03 – 12/31/03 |

| 7. Chambers or Office Address <br> Federal Building <br> Lockbox 33 <br> Wilmington, DE 19801 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer _____ Date _____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1. Trustee & Vice Chairman | Silverside Church (non-profit religious organization) |
| 2. Vice Chairman & Member, Board of Directors | Buck & Doe Trust, Inc. (non-profit/ conservation) |
| 3. Vice President & Member, Bd. of Directors | Coatesville Cultural Society (non-profit/ arts promotion) |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements.) | |
| 1. | |
| 2. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| **A. Filer's Non-Investment Income** | | |
| ☒ NONE (No reportable non-investment income.) | | |
| 1. | | $ |
| 2. | | $ |
| 3. | | $ |

B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1. 2003 | Chester County Country Properties (real estate brokerage firm) | |
| 2. | | |

RECEIVED
FINANCIAL DISCLOSURE OFFICE
MAY 10 12 34 PM '04

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| [X] 1 | NONE (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| [X] 1 | NONE (No such reportable gifts.) | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children  See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| [ ] 1 | NONE (No reportable liabilities.) | | |
| | Wells Fargo | Mortgage on Rental Prop. Nantucket, Mass. (Pt. VII) | M |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes:  J=$15,000 or less          K=$15,001-$50,000          L=$50,001-$100,000          M=$100,001-$250,000
              N=$250,001-$500,000         O=$500,001-$1,000,000      P1=$1,000,001-$5,000,000
              P2=$5,000,001-$25,000,000   P3=25,000,001-50,000,000   P4=50,000,001 or more

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 5/15/04 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, | | | | | | | | | |
| 1 Am. Express Com. (X) | A | Div | | | Sell | 4/28 | K | B | |
| 2 Baxter Int'l Com. (X) | A | Div | J | T | | | | | |
| 3 Bell South Com. (X) | A | Div | J | T | Sell | 4/28 | K | (C) | |
| 4 Campbell Soup Com. (X) | A | Div | | | Sell | 4/28 | J | (A) | |
| 5 Conoco Phillips Com. (X) | A | Div | K | T | | | | | |
| 6 Delphi Corp. Com. (X) | A | Div | | | Sell | 4/28 | J | (A) | |
| 7 DuPont Com. (X) | A | Div | | | Sell | 4/28 | L | (C) | |
| 8 FPL Group Com. (X) | A | Div | | | Sell | 4/28 | K | (A) | |
| 9 Gen. Motors Com. (X) | B | Div | | | Sell | 4/28 | K | (A) | |
| 10 Gen. Motors CIH Com. (X) | A | Div | | | Sell | 4/28 | J | A | |
| 11 Int'l Flavors & Fragrences Com. (X) | A | Div | | | Sell | 4/28 | J | (A) | |
| 12 Int'l Paper Com. (X) | A | Div | | | Sell | 4/28 | J | (A) | |
| 13 JNJ Com. (X) | A | Div | K | T | | | | | |
| 14 Kimberly-Clark Com. (X) | A | Div | K | T | Part Sell | 4/28 | K | A | |
| 15 Marathon Oil Corp. Com. (X) | A | Div | K | T | | | | | |
| 16 Merck Com. (X) | A | Div | K | T | | | | | |
| 17 Mirant Com. | A | Div | J | T | Part Sell | 4/28 | J | A | |

1. Income/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(See Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=More than $5,000,000
2. Value Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
(See Col. C1, D3)    N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000    P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(See Col. C2)    U=Book value    V=Other    W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 5/15/04 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | B. (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date Month-Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 Pepsico Com. (X) | A | Div | K | T | Part Buy | 4/28 | J | | |
| 2 Raytheon Com. (X) | A | Div | | | Sell | 4/28 | J | (A) | |
| 3 Southern Co. Com. (X) | A | Div | J | T | | | | | |
| 4 Verizon Comm. Com. (X) | A | Div | K | T | | | | | |
| 5 Cobb Co. Ga. Hosp. Bd. (X) | A | Int | J | T | | | | | |
| 6 Allstate Com. (X) | A | Div | K | T | | | | | |
| 7 Exxon Mobil (X) | B | Div | K | T | | | | | |
| 8 General Electric (X) | C | Div | M | T | | | | | |
| 9 General Motors (X) | A | Div | J | T | | | | | |
| 10 Morgan Stanley Com. (X) | A | Div | K | T | | | | | |
| 11 Motorola Com. (X) | A | Div | J | T | | | | | |
| 12 Sears Roebuck Com. (X) | A | Div | J | T | | | | | |
| 13 3M Com. (X) | B | Div | L | T | | | | | |
| 14 SEI Tax Exempt Trust | A | Div | J | T | Buy | 4/9 | M | | |
| 15 Allied Cap. Com. | B | Div | K | T | Buy | 4/28 | J | | |
| 16 Biogen (formerly Idec Pharm.) Com. | | None | K | T | Buy | 4/28 | J | | |
| 17 Chubb Com. | A | Div | K | T | Buy | 4/28 | K | | |

1. Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
   (See Col B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000
2. Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
   (See Col C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000  P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
   (See Col C2)  U=Book value  V=Other  W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 5/15/04 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| 1 Cisco Sys. Com | | None | K | T | Buy | 4/28 | J | | |
| 2 Fulton Finan. Com. | A | Div | K | T | Buy | 4/28 | K | | |
| 3 EMC Corp. Com. | | None | K | T | Buy | 4/28 | K | | |
| 4 Marsh & McLennan Com. | A | Div | J | T | Buy | 4/28 | J | | |
| 5 Intel Com. | A | Div | K | T | Buy | 4/28 | K | | |
| 6 Emerson Elec. Com. | A | Div | K | T | Buy | 4/28 | K | | |
| 7 Telefax Com. | A | Div | K | T | Buy | 4/28 | K | | |
| 8 Smuckers J.M. Com. | A | Div | K | T | Buy | 4/28 | J | | |
| 9 Cumberland Valley PA SD Bd. | B | Int | L | T | Buy | 6/4 | L | | |
| 10 Del. Co. PA Hsg. Auth. Bd. | A | Int | K | T | Buy | 5/5 | K | | |
| 11 Gov. Mifflin PA SD | B | Int | K | T | Buy | 6/18 | K | | |
| 12 Perkiomen Valley PA SD | B | Int | L | T | Buy | 5/14 | L | | |
| 13 Medco Health Solutions Com. | | None | J | T | Spin-Off (Merck) | 8/25 | J | | |
| 14 Bank of America (X) | A | Div | K | T | | | | | |
| 15 Bell South (X) | A | Div | J | T | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1. Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 | |
| 2. Value Codes: (See Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | |
| | N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | |
| | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | | |
| 3. Value Method Codes: (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| | U=Book value | V=Other | W=Estimated | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 5/15/04 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 Perpetual Fin. Pref. | | None | J | T | | | | | |
| 2 Bell South Corp. Com. | B | Div | L | T | | | | | |
| 3 Duke Power Com. | B | Div | K | T | | | | | |
| 4 Nuveen Fd. | B | Div | K | T | | | | | |
| 5 Buckeye Partners | D | Int | M | T | | | | | |
| 6 Johnson & Johnson Com. | A | Div | L | T | Part Sell | 6/13 | L | E | |
| 7 Merck & Co. Com. | B | Div | K | T | | | | | |
| 8 Real Estate Chester Co. PA | | None | N | O** | | | | | |
| 9 Dean Witter Liq. Ass. Fd. | A | Div | | | Sell | 4/30 | K | A | |
| 10 Real Estate Nantucket, Mass. | E | Rent | O | Q* | | | | | |
| 11 Penn HFA Rev. | B | Int | K | T | Sell | 7/1 | K | A | |
| 12 Equifax | | None | | | Sell | 6/13 | J | C | |
| 13 Star Banc Corp. | A | Div | L | T | | | | | |
| 14 Easton Vance Pa. Tax. Fd. | B | Int | | | Sell | 4/10 | K | D | |
| 15 U.S. Bancorp (formerly Firstar Corp.) | B | Div | L | T | | | | | |
| 16 * Appraisal Date 12/31/94 | | | | | | | | | |
| 17 **Appraisal Date 4/12/94 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| | | |
|---|---|---|
| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Stapleton, Walter K. | Date of Report<br>5/15/04 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amt. Code1 (A-H) | B. (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date: Month-Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 IRA | C | Div Int | N | T | | | | | |
| 2 -Alliance Gr. & Inc. B / -Alliance Prem. Gr. B | | | | | | | | | |
| 3 -Alliance Small CP Val. B / -Alliance Tech. B. | | | | | | | | | |
| 4 -Alliance Corp. Bond B / -Alliance Bal. Wealth | | | | | Buy | 10/27 | K | | |
| 5 CHESTER CO. COUNTRY PROP. PROFIT SHR PLAN | A | Div Int | L | T | | | | | |
| 6 -Alliance G. & Inc. B / - Alliance Prem. Gr. B | | | | | | | | | |
| 7 -Franklin Euro. Fd. / -Franklin Fin.Serv.Fd. | | | | | | | | | |
| 8 -Alliance Tech. B / -Alliance Exch. Reserve | | | | | | | | | |
| 9 (money Mkt. acct.) -Alliance Bal. Wealth | | | | | Buy | 10/27 | J | | |
| 10 CHESTER CO. COUNTRY PROP. MONEY PURCHASE | A | Div Int | M | T | | | | | |
| 11 PENSION PLAN -Alliance Gr. & Inc.B | | | | | | | | | |
| 12 -Alliance Prem. Gr. B / - Alliance BioTech B | | | | | | | | | |
| 13 -Alliance Tech B / -Alliance Small CP Val. B | | | | | | | | | |
| 14 -Alliance Exch. Reserve (money Mkt. acct.) | | | | | | | | | |
| 15 -Alliance Bal. Wealth | | | | | Buy | 10/27 | K | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| | |
|---|---|
| 1. Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000 |
| 2. Value Codes: (See Col. C1, D3) | J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=More than $50,000,000 |
| 3. Value Method Codes: (See Col. C2) | Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market  U=Book value  V=Other  W=Estimated |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 5/15/04 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, | | | | | | | | | |
| 1 Cisco Systems Com. | | None | | | Sell | 6/13 | K | (E) | |
| 2 PNC MS 1999-4 | C | Int | | | Sell | 7/1 | K | O | |
| 3 Alliance Mun. Fund | B | Div | | | Sell | 9/5 | L | B | |
| 4 Alliance Worldwide B | | None | | | Sell | 9/5 | K | (B) | |
| 5 Alliance Greater China B | | None | | | Sell | 9/5 | K | (A) | |
| 6 Alliance Util. Inc. B | A | Div Int | | | Sell | 9/5 | K | D | |
| 7 Alliance Gr. & Inc. B | A | Div Int | | | Sell | 9/5 | K | (D) | |
| 8 Alliance Exch. Res. (money market fund) | A | Div Int | | | Sell | 9/5 | J | O | |
| 9 T. Rowe Price Science & Tech. Fund | | None | J | T | | | | | |
| 10 Franklin European Fd.C | A | Div | K | T | | | | | |
| 11 Exxon Com. | A | Div | J | T | | | | | |
| 12 PBHG New Opportunities | A | Div | | | Sell | 1/14 | J | (B) | |
| 13 Strong Heritage Mon. Mkt. | | | | | Acc't Closed | 1/2 | K | O | |
| 14 9.5/120 interest in ▬▬▬▬ ptnrshp.[1] | A | Rent | L | Q* | | | | | |
| 16 EV Penn Mun. Fd. | | None | | | Sell | 4/10 | K | D | |
| 17 [1]See Sec. VIII, ¶ 1 *Appraisal Date 1/15/98 | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(See Col. B1, D4)    F=$50,001-$100,000    G=$100,001-1,000,000    H1=$1,000,001-$5,000,000    H2=More than $5,000,000
2. Value Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
(See Col. C1, D3)    N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000    P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(See Col. C2)    U=Book Value    V=Other    W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 5/15/04 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | B. (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date: Month-Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, | | | | | | | | | |
| Fidelity ADV Consumer | | None | | | Sell | 9/5 | K | D | |
| Fidelity ADV Cyc. Ind. | | None | | | Sell | 9/5 | K | A | |
| Bristol Myers Squibb | | None | | | Sell | 1/30 | J | (D) | |
| Certegy Inc. | | None | | | Sell | 6/13 | J | (A) | |
| McData Corp. | | None | | | Sell | 6/13 | J | (A) | |
| Acorn II L.P. | A | Div | M | T | | | | | |
| 7 Kate Partners, L.P. | | None | K | T | | | | | |
| Alliance Bond Fund A | B | Div Int | | | Sell | 9/5 | K | A | |
| Alliance Bond Fund B | A | Div Int | | | Sell | 9/5 | J | A | |
| 10 Alliance Disc. Val. B | | None | | | Sell | 9/5 | K | (A) | |
| 11 Alliance Sm. Cap. B | | None | | | Sell | 9/5 | K | A | |
| 12 Fidelity Adv. St. Inc. B | B | Div Int | | | Sell | 9/5 | K | C | |
| 13 Mt. Ser. European C | A | Div Int | | | Sell | 9/5 | K | A | |
| 14 Putnam Am. Gov. B | A | Div Int | | | Sell | 9/5 | J | (A) | |
| 15 Putnam High Yield B | B | Div Int | | | Sell | 9/5 | K | (A) | |
| 16 Real Estate Hancock Co., ME | | None | O | R | | | | | |
| 17 | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2. Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
(See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(See Col. C2)   U=Book value   V=Other   W=Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 5/15/04 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| Gen. Elec. Com. | A | Div | K | T | Buy | 10/8 | K | | |
| SEI Tax Exep. Trust | A | Div | L | T | Buy | 4/17 | L | | |
| U.S. Treas. Note 11/15/07 | C | Int | M | T | Buy | 10/8 | M | | |
| U.S. Treas. Note 9/15/08 | C | Int | L | T | Buy | 10/8 | L | | |
| Cadbury Schwepps Com. | A | Div | K | T | Buy | 6/17 | K | | |
| Conagra Foods Com. | A | Div | K | T | Buy | 6/17 | K | | |
| Kimberley-Clark Com. | A | Div | K | T | Buy | 10/8 | K | | |
| Cincinnati Fin. Corp. Com. | A | Div | K | T | Buy | 6/17 | K | | |
| St. Paul Companies Com. | A | Div | K | T | Buy | 10/8 | K | | |
| SEI Investments | A | Div | K | T | Buy | 6/17 | K | | |
| EMC Corp. Mass. Com. | | None | K | T | Buy | 6/17 | K | | |
| Intel Com. | A | Div | K | T | Buy | 6/17 | K | | |
| Newell Rubbermaid Com. | A | Div | K | T | Buy | 6/17 | K | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
   (See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2. Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
   (See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
   (See Col. C2)   U=Book value   V=Other   W=Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

The ████████████████████ Limited Partnership owns three tracts of timberland in Randolph County, Georgia. I am a general partner along with my ████████ The limited partners are ████████ members. My total interest is 9.5/120th. Partnership income is derived from hunting leases and the sale of timber.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature ████████████████████          Date ___5/15/04___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544